

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00240-CR

Nabor Marquiz **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1644
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 5, 2025.

Lori Massey Brissette, Justice